■ JACK W. SCOTT, Respondent, v. ALEXANDER KAYE et al., Appellants, et al., Defendants. — Judgment of the Supreme Court, Queens County, dated

June 17, 1966, affirmed, with costs. No opinion. Appeal from an order of said court dated May 27, 1966 dismissed, without costs. The determination in the order is considered a trial ruling which is not separately appealable, but which may be, and has been, reviewed on the appeal from the judgment (7 Weinstein-Korn-Miller, N. Y. Civ. Prac., pars. 5701.04–5701.18). Christ, Acting P. J., Brennan, Rabin, Hopkins and Munder, JJ., concur.